```
 1  MICHAEL C. ORMSBY
    United States Attorney
 2  Eastern District of Washington
 3  Stephanie Van Marter
    Assistant United States Attorney
 4  Caitlin Baunsgard
 5  Assistant United States Attorney
    Post Office Box 1494
 6  Spokane, WA 99210-1494
 7  Telephone: (509) 353-2767
 8
 9              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
10
11  UNITED STATES OF AMERICA,
12                                          INDICTMENT
                         Plaintiff,
13                                          21 U.S.C § 841(a)(1), (b)(1)(A)(viii)
                                            Possession with Intent to Distribute
14              vs.                         Methamphetamine
                                            (Count 1)
15  ███████ ███████, and
16  KENNETH L. STONE,                       18 U.S.C. § 924(c)(1)(A)
                                            Possession of a Firearm in
17                       Defendants.        Furtherance of a Drug Trafficking
18                                          Crime (Count 2)
19                                          Forfeiture Allegations
20
21      The Grand Jury charges:
22                              COUNT ONE
23      That on or about August 21, 2015, in the Eastern District of Washington, the
24  Defendants, ███████ █ ███████ and KENNETH L. STONE, did knowingly and
25  intentionally possess with intent to distribute 50 grams or more of actual
26  methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §
27  841(a)(1), (b)(1)(A)(viii).
28
    INDICTMENT - 1
    Sutton.Stone Indictment.docx
```

## COUNT TWO

That on or about August 21, 2015, in the Eastern District of Washington, the Defendant, ███████ ███████ and KENNETH L. STONE, did knowingly possess firearms, that is a Glock 9mm, Model 17, pistol bearing serial number RMF685 and an Iver Johnson .410 caliber Shotgun bearing serial number 842407A, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), as charged in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

1.  The allegations contained in Counts 1 - 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853, and/or 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c).

2.  Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in Count 1 of this Indictment, ███████ ███████ and KENNETH L. STONE shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

    FIREARMS:
    a.  a Glock 9mm pistol bearing serial number RMF685; and,
    b.  an Iver Johnson Shotgun bearing serial number 842407A

3.  If any of the property described above, as a result of any act or omission of the Defendant(s):
    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;

INDICTMENT - 2
Sutton.Stone Indictment.docx

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c).

4. Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(c)(1)(A), as set forth in Count 2 of this Indictment, CHERYL L. SUTTON and KENNETH L. STONE shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to the following:

FIREARMS:

c. a Glock 9mm pistol bearing serial number RMF685; and

d. an Iver Johnson Shotgun bearing serial number 842407A

DATED: August _____, 2016

A TRUE BILL

_____
Foreperson

MICHAEL C. ORMSBY
United States Attorney

Stephanie Van Marter
Assistant United States Attorney

Caitlin A. Baunsgard
Assistant United States Attorney

INDICTMENT - 3
Sutton.Stone Indictment.docx